

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Byron Keith Patterson,

\* From the 90th District Court
of Stephens County
Trial Court No. F31706.

Vs. No. 11-17-00224-CR

\* March 30, 2018

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.